# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

Andrew Ringel

V.

New York City Department of Education et al.

## EXHIBIT AND WITNESS LIST

Case Number: 1:19-cv-02374-TAM

| PRESIDING JUDGE<br>Taryn A. Merkl | | | PLAINTIFF'S ATTORNEY<br>Andrea Moss and Jordan Harlow | | DEFENDANT'S ATTORNEY<br>Amit Parab and Rodalton Poole |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/5/2025-5/12/2025 | | | COURT REPORTER<br>Jamie Stanton | | COURTROOM DEPUTY<br>K. Chan |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 5/5/2025 | | | Witness- Naiyma Moore-Allen - Principal |
| 34 | | 5/6/2025 | yes | yes | Email dated December 4, 2017 |
| 35 | | 5/6/2025 | yes | yes | January 30, 2018 email |
| 39 | | 5/6/2025 | yes | yes | March 16, 2018 email |
| 40 | | 5/6/2025 | yes | yes | March 28, 2018 email chain |
| 21 | | 5/6/2025 | yes | yes | Principal's Suspension |
| 43 | | 5/6/2025 | yes | yes | April 10, 2018 email |
| 44 | | 5/6/2025 | yes | yes | April 13, 2018 email |
| 45 | | 5/6/2025 | yes | yes | April 17, 2018 email |
| 14 | | 5/6/2025 | yes | yes | OSI 18-1518X Investigative Packet |
| 15 | | 5/6/2025 | yes | yes | Letter to File dated April 9, 2018 |
| 11 | | 5/6/2025 | yes | yes | OSI 18-1138X Investigative Packet |
| 28 | | 5/6/2025 | yes | yes | February 2018 email chain |
| 3 | | 5/6/2025 | yes | yes | Letter to File dated May 9, 2017 |
| 7 | | 5/6/2025 | yes | yes | Letter to File dated March 8, 2018 |
| 9 | | 5/6/2025 | yes | yes | OSI 18-00896X Investigative Packet |
| 10 | | 5/6/2025 | yes | yes | Letter to File dated May 9, 2018 |
| 12 | | 5/6/2025 | yes | yes | Letter to File dated April 9, 2018 |
| 13 | | 5/6/2025 | yes | yes | Letter to File dated May 8, 2018 |
| 6 | | 5/6/2025 | yes | yes | Reassignment letter February 2, 2018 |
| 30 | | 5/6/2025 | yes | yes | OORS Report dated January 23, 2018 |
| 33 | | 5/6/2025 | yes | yes | OORS Report dated November 30, 2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

**Andrew Ringel** vs. **New York City Department of Education**

**CASE NO.** 1:19-cv-02374-TAM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 5/6/2025 | yes | yes | OEO Complaint |
| 59 | | 5/7/2025 | yes | yes | Final Documents Submitted to Pate |
| 32 | | 5/7/2025 | yes | yes | Citywide Behavior Expectations- pp. 1, 5, 6, 7, 8-11, 13-14, 18-19, 23, 25-26, 30-43 |
| | | 5/7/2025 | | | Witness Ayesha LaMont-Agard - Assistant Principal |
| 58 | | 5/7/2025 | yes | yes | Chancellor's Regulation A-420 |
| 5 | | 5/7/2025 | yes | yes | OSI 17-10706X Investigative Packet |
| 12(b) | | 5/7/2025 | yes | yes | OSI 18-1287X Investigative Packet |
| | | 5/7/2025 | | | Witness Ana Haynes - Dean |
| 51 | | 5/7/2025 | yes | yes | Occurrence Summary PS 156 Septembrr 2017 to June 30, 2018 |
| | | 5/7/2025 | | | Witness Theola Miller-Bovaine - Guidance Counselor |
| | | 5/7/2025 | | | Witness Ann Walker - Co-teacher |
| | | 5/7/2025 | | | Witness Miatheresa Pate - Superintendent |
| 16 | | 5/7/2025 | yes | yes | September 4, 2018 Letter re: Considering Discontinuance |
| 17 | | 5/7/2025 | yes | yes | September 7, 2018 Letter to Dr. Pate |
| 18 | | 5/7/2025 | yes | yes | October 4, 2018 Discontinuance Letter |
| 19 | | 5/7/2025 | yes | yes | May 13, 2019 Letter Reaffirming Discontinuance |
| 23 | | 5/7/2025 | yes | yes | OEO Emails |
| 4 | | 5/7/2025 | yes | yes | Chancellor's Committee Report |
| | | 5/8/0202 | | | Witness Andrew Ringel - Plaintiff |
| 46 | | 5/8/2025 | yes | yes | UFT School Safety Complaint Form dated May 3, 2018 |
| 47 | | 5/8/2025 | yes | yes | May 7, 2018 email |
| 38 | | 5/8/2025 | yes | yes | Rebuttal to March 8, 2018 letter |
| 41 | | 5/8/2025 | yes | yes | Rebuttal to April 9, 2018 letter for OSI Case 18-01138X |
| 42 | | 5/8/2025 | yes | yes | Rebuttal to April 9, 2018 letter for OSI Case 18-01518X |
| 50 | | 5/8/2025 | yes | yes | Rebuttal to May 8, 2018 letter for OSI Case 18-01287X |
| 37 | | 5/8/2025 | yes | yes | Rebuttal to March 6, 2018 |
| 49 | | 5/8/2025 | yes | yes | Rebuttal to May 8, 2018 letter for OSI Case 18-00896X |

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

Andrew Ringel vs. New York City Department of Education

CASE NO. 1:19-cv-02374-TAM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 55 | | 5/8/2025 | yes | yes | Medical Records from Ezra Medical Center's Behavior Health Department |
| 57 | | 5/8/2025 | yes | yes | Medical Records from Gracie Square Hospital |
| 8 | | 5/8/2025 | yes | yes | PS 156K Faculty Handbook |