

EXHIBIT
19-CV-2374 (TAM)
14
5-12-2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANDREW RINGEL,

                Plaintiff,

-against-                             **VERDICT FORM**

NEW YORK CITY DEPARTMENT OF         19-CV-2374 (TAM)
EDUCATION, NAIYMA MOORE-
ALLEN, and MIATHERESA PATE,

                Defendants.
------------------------------------------------------------X

### PLEASE MARK YOUR ANSWER WITH AN "X"

**Hostile Work Environment Claims**

1. Has Mr. Ringel proved, by a preponderance of the evidence, that Defendant New York City Department of Education ("DOE") is liable for the creation of a **hostile work environment**, in violation of **Title VII of the Civil Rights Act of 1964**?

    Yes _____ No __X__

2. Has Mr. Ringel proved, by a preponderance of the evidence, that Defendants are liable for the creation of a **hostile work environment**, in violation of the **New York State Human Rights Law**:

    a. As to Defendant New York City DOE?

       i. Yes _____ No __X__

    b. As to Naiyma Moore-Allen?

       Yes _____ No __X__

    c. As to Miatheresa Pate?

       Yes _____ No __X__

*[please proceed to page 2]*

1

3. If you answered yes to any questions in Question 1 and 2, have Defendants proved, by a preponderance of the evidence, that Defendants took sufficient remedial action by (a) exercising reasonable care to prevent and promptly correct any discriminatory behavior directed against Plaintiff and (b) that Plaintiff failed to take advantage of other preventive or corrective opportunities that Defendants provided or failed to avoid harm otherwise?

   Yes _____  No __X__

4. Has Mr. Ringel proved, by a preponderance of the evidence, that Defendants are liable for the creation of a **hostile work environment**, in violation of the **New York City Human Rights Law**:

   a. As to Defendant New York City DOE?

   Yes _____  No __X__

   b. As to Naiyma Moore-Allen?

   Yes _____  No __X__

   c. As to Miatheresa Pate?

   Yes _____  No __X__

### Retaliation Claims

5. Has Mr. Ringel proved, by a preponderance of the evidence, that he was subjected to **retaliation**, in violation of **Title VII of the Civil Rights Act of 1964**, when Defendant DOE terminated his employment?

   a. Yes _____  No __X__

   b. *If your answer to question 5 is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

   Complaints regarding the hostile work environment created by J.J.
   Yes _____  No __X__

   Complaints regarding the employer's failure to address the hostile work environment
   Yes _____  No __X__

*[please proceed to page 3]*

2

6. Has Mr. Ringel proved, by a preponderance of the evidence, that he was subjected to **retaliation**, in violation of **the New York State Human Rights Law**, when Defendants terminated his employment:

    a. By Defendant DOE?

        i. Yes _____ No __X__

        ii. *If your answer to question 6(a) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

            Complaints regarding the hostile work environment created by J.J.
            Yes _____ No __X__

            Complaints regarding the employer's failure to address the hostile work environment
            Yes _____ No __X__

    b. By Defendant Naiyma Moore-Allen?

        i. Yes _____ No __X__

        ii. *If your answer to question 6(b) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

            Complaints regarding the hostile work environment created by J.J.
            Yes _____ No __X__

            Complaints regarding the employer's failure to address the hostile work environment
            Yes _____ No __X__

    c. By Defendant Miatheresa Pate?

        i. Yes _____ No __X__

        ii. *If your answer to question 6(c) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

*[please proceed to page 4]*

Complaints regarding the hostile work environment created by J.J.
Yes _____    No __X__

Complaints regarding the employer's failure to address the hostile work environment
Yes _____    No __X__

7. Has Mr. Ringel proved, by a preponderance of the evidence, that he was subjected to **retaliation**, in violation of the **New York City Human Rights Law**, when Defendants terminated his employment:

   a. By Defendant DOE?

      i. Yes _____    No __X__

      ii. *If your answer to question 7(a) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

          Complaints regarding the hostile work environment created by J.J.
          Yes _____    No __X__

          Complaints regarding the employer's failure to address the hostile work environment
          Yes _____    No __X__

   b. By Defendant Naiyma Moore-Allen?

      i. Yes _____    No __X__

      ii. *If your answer to question 7(b) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

          Complaints regarding the hostile work environment created by J.J.
          Yes _____    No __X__

          Complaints regarding the employer's failure to address the hostile work environment
          Yes _____    No __X__

*[please proceed to page 5]*

4

c. By Defendant Miatheresa Pate?

    i. Yes _____ No __X__

    ii. *If your answer to question 7(c) is yes, on which of the following bases do you unanimously find that Mr. Ringel has established he was subjected to retaliation:*

        Complaints regarding the hostile work environment created by J.J.
        Yes _____ No __X__

        Complaints regarding the employer's failure to address the hostile work environment
        Yes _____ No __X__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Please sign and date this form and write the Court indicating that you have completed your deliberations as to these questions. Please do not include any indication of your findings in your note.*

_____          __5/12/25__
Signature of Foreperson          Date