# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Andrew Ringel | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-CV-2374 (TAM) |
| New York City Department of Education et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☑ tried by a jury with Judge Taryn A. Merkl, U.S.M.J. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 5/12/2025

CLERK OF COURT

*s/ Kaity Chan*
Signature of Clerk or Deputy Clerk

Print   Save As...   Reset